AO 240 (Rev. 10/03)

**FILED**

# UNITED STATES DISTRICT COURT

MAR 2 4 2008

District of COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SUSAN H. MINEHAN
13733 Town Line Road
Silver Spring, Maryland 20906
    Plaintiff

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

V.

U.S. OFFICE OF SPECIAL COUNSEL
1730 M Street, N.W., Suite 300
Washington, D. C. 20036-4505
    Defendant

CASE NUMBER: 08 0499

*Leave to proceed granted*
*R.M. Collyer 3/18/08*

I, SUSAN H. MINEHAN _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☒ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

        SEE ATTACHED

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☐ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☐ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☐ No |
    | d. | Disability or workers compensation payments | ☒ Yes | ☐ No |
    | e. | Gifts or inheritances | ☐ Yes | ☐ No |
    | f. | Any other sources | ☐ Yes | ☐ No |

    **RECEIVED**
    MAR 1 0 2008

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

    SEE ATTACHED

    Clerk, U.S. District and
    Bankruptcy Courts

2

SEE ATTACHED

4. Do you have **any** cash or checking or savings accounts?    ☒ Yes    ☐ No

   If "Yes," state the total amount.   CHECKING - $29.57

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☒ Yes    ☐ No

   If "Yes," describe the property and state its value.

   REAL ESTATE - $300,000
   CAR       - $5,000

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   SEE ATTACHED

I declare under penalty of perjury that the above information is true and correct.

_March 7, 2008_                    _Susan H Minehan_
      Date                              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

(Continuation Page)

SUSAN H. MINEHAN
13733 Town Line Road
Silver Spring, Maryland 20906-2113
Plaintiff

v.

U.S. OFFICE OF SPECIAL COUNSEL
1730 M Street, N. W., Suite 300
Washington, D. C. 20036-4505
Defendant

RESPONSES:

Question 2b. - Last employed – 9/20/1996, Take-home salary - $0.00 (Leave without Pay), Pay Period – Unknown, Walter Reed Army Medical Center, Washington, D. C. 20307

Question 3. Source – U.S. Department of Labor, during the past twelve months - $2,970, continued receipt is unknown; the Petitioner's claim is currently under review. It may be continued for another year or terminated. If it is terminated, the Petitioner will have $0.00 incoming monies.

Question 6. The following individuals are dependent upon the Petitioner for financial support:

N. Becker, Relationship to Petitioner – Mother. Petitioner's mother is eighty-eight (88) years old and diagnosed with Alzheimer's disease. Petitioner's support for her dependent mother over the past twelve (12) months was approximately $9,827.00.

T. Thibaudeau – Relationship - Sister-in-law and two minor children, KT and KT. Petitioner provides support because her sister-in-law is out of work and lost her home. She was unable to pay the mortgage. During the past twelve months, Petitioner provided support payments totaling $2,400.00.

M. Minehan – Relationship – Son. Petitioner's son has had personal difficulties. She provides support for housing, clothing, meals, and medical. During the past twelve months, Petitioner's financial support was approximately $11,400.00.

I, Susan H. Minehan, declare under penalty of perjury that the above information is true and correct to the best of my knowledge and belief.

_____        _____
Susan H. Minehan, Plaintiff              Date Executed