UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **Susan H Minehan,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 08-0499 (JR) |
| ) | |
| **United States Office of Special Counsel,** ) | |
| ) | |
| Respondent. ) | |

### ORDER DIRECTING RESPONDENT TO SHOW CAUSE

It is this 2nd day of May 2008,

**ORDERED** that respondent, by counsel, shall, within 30 days of service of a copy of this Order and the Petition for Writ of Mandamus, file with this Court and serve on the petitioner a statement showing why the writ should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshals Service for the purpose of making service of same on the respondent and the United States Attorney for the District of Columbia.

_____
JAMES ROBERTSON
United States District Judge

Case 1:08-cv-00499-JR    Document 5    Filed 05/02/2008    Page 2 of 2