IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN H. MINEHAN<br>13733 Town Line Road<br>Silver Spring, Maryland 20906-2113<br><br>         **Plaintiff,**<br><br>  v.<br><br>UNITED STATES OFFICE<br>OF SPECIAL COUNSEL<br>1730 M Street, N.W., Suite 300<br>Washington, D.C. 20036-4505<br><br>         **Defendant.** | Civil Action No. 08-0499 (JR) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Lanny J. Acosta, Jr., Special Assistant U.S. Attorney, as counsel of record for defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
LANNY J. ACOSTA, JR.
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class Mail, postage prepaid to:

SUSAN H. MINEHAN
13733 Town Line Road
Silver Spring, Maryland 20906-2113

on this _____ day of July, 2008.

_____/s/_____
LANNY J. ACOSTA, JR.
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780