IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SUSAN H. MINEHAN | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 08-0499 (JR) |
| UNITED STATES OFFICE OF SPECIAL COUNSEL | ) | |
| Respondent. | ) | |

**RESPONDENT'S MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO REPLY TO COURT ORDER TO SHOW CAUSE**

Respondent, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for a 30 day enlargement of time from the date service is perfected on the United States, within which to file a reply to this Court's Order to Show Cause. Good Cause exists to grant this Motion:

1. There is no record that service has not been perfected upon United States as required pursuant to Federal Rule of Civil Procedure 4(i)(1).[1] Service of the Court's May 2, 2008 Order to Show Cause has not been made upon the United States Attorney's Office for the District of Columbia.

2. The Petition is directly related to a previous action, <u>Minehan v. West</u>, Civil Docket Number 98-0063, brought by Petitioner in this Court which was dismissed with prejudice following settlement. Counsel for Respondent has contacted agency counsel seeking records

---

[1] While service was made on the Office of Special Counsel, through which Counsel for Respondent learned of this case, there is no record of service upon the United States Attorney for the District of Columbia.

from the 1998 action necessary to adequately respond to the Court's order. Counsel has not yet received these records.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the first enlargement requested.

5. Counsel was unable to reach Petitioner to seek consent to this motion.

For these reasons, Respondent requests that the Court grant its Consent Motion for an Enlargement of Time Within Which to Reply to this Court's Order to Show Cause. A proposed Order is included with this motion.

Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s_____
RUDOLPH CONTRERAS D.C. Bar #  434122
Assistant United States Attorney


_____/s_____
LANNY J. ACOSTA, JR.
Special Assistant United States Attorney
555 Fourth Street, N.W.,
Washington, D.C.  20530
(202) 353-9895
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July 2008, I caused the foregoing Respondent's Motion for an Enlargement of Time to Reply to the Court's Order to Show Cause, to be served on plaintiff via first class mail postage prepaid, addressed as follows:

SUSAN H. MINEHAN
13733 Town Line Road
Silver Spring, MD 20906-2113


_____/S_____
LANNY J. ACOSTA, JR.
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **SUSAN H. MINEHAN** | ) |
|  | ) |
| **Petitioner,** | ) |
|  | ) |
| v. | )  Civil Action No. 08-0499 (JR) |
|  | ) |
| **UNITED STATES OFFICE** | ) |
| **OF SPECIAL COUNSEL** | ) |
|  | ) |
| **Respondent.** | ) |

## ORDER

This matter comes before the Court on Respondent's Motion for an Enlargement of Time Within Which to Reply to Court Order to Show Cause. Based upon the motion, and the entire record herein, it is this _____ day of _____, 20___ hereby

**ORDERED** that Respondent's motion for an enlargement of time is **GRANTED**, and it is further

**ORDERED** that Respondent's reply shall be due on thirty days from the date of service on the United States Attorney for the District of Columbia.

**SO ORDERED**.

 

_____
James Robertson
United States District Judge

Copies to:
Parties to Respondent via ECF and to Petitioner via first-class mail