IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN H. MINEHAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 08-0499 (JR) |
| | ) |
| UNITED STATES OFFICE | ) |
| OF SPECIAL COUNSEL | ) |
| | ) |
| Respondent. | ) |

## MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

Respondent respectfully moves this Honorable Court for leave to file Exhibits 1-9 to Respondent Exhibit 1, which consist of Petitioners complaints to Respondent, which are attachments to Respondent's Motion to Dismiss or, in the Alternative, for Summary Judgment under seal and in paper form only because they may contain arguably personal and confidential information about Petitioner. These exhibits are replete with the names and personal information of agency decision makers and employees named in Petitioners personnel file from her previous government employment.  As these exhibits are the complaints filed with Respondent by the Petitioner, and correspondence to the Petitioner, Respondent assumes Petitioner already has copies of these exhibits and therefore no purpose would be served by their public filing.  In order to protect the privacy interests of Petitioner and those named in the complaints, Respondent seeks to file these exhibits under seal.   Respondent was unable to contact Petitioner to seek her consent to this motion.  A proposed order is attached.

Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. BAR No. 498610
United States Attorney


_____/s_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney

_____/s_____
LANNY J. ACOSTA, JR.
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 353-9895

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of August, 2008, I caused the foregoing Motion for Leave to File Exhibits under Seal, to be served on plaintiff via first class mail postage prepaid, addressed as follows:

SUSAN H. MINEHAN
13733 Town Line Road
Silver Spring, MD 20906-2113

_____/S_____
LANNY J. ACOSTA, JR.
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **SUSAN H. MINEHAN** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-0499 (JR) |
| | ) | |
| **UNITED STATES OFFICE OF SPECIAL COUNSEL** | ) ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

Upon consideration of Respondent's Motion For Leave To File Exhibits Under Seal, and of the entire record, and it appearing to the Court that the granting of this motion would be just and proper, it is by the Court this _____ day of _____ 2008,

ORDERED that Respondent's Motion For Leave To File Exhibits Under Seal be, and it is, granted, and it is further

ORDERED that the Clerk shall file under seal the Exhibits 1-9 to Exhibit 1 of Respondent's Motion to Dismiss or in the Alternative for Summary Judgment.

SO ORDERED.

Dated this _____ day of _____, 2008.

_____
James Robertson
United States District Judge

Copies to:
Parties to Respondent via ECF and to Petitioner via first-class mail.