IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SUSAN H. MINEHAN | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-0499 (JR) |
| | ) | |
| UNITED STATES OFFICE OF SPECIAL COUNSEL | ) ) | |
| | ) | |
| Respondent. | ) ) | |

**NOTICE OF FILING OF EXHIBITS UNDER SEAL**

Defendant hereby advises the Court that it will file the Exhibits 1-9 to Exhibit 1 of its Motion to Dismiss or, in the Alternative, for Summary Judgment, in the Clerk's office in CD-ROM and paper format. In accordance with Local Rule 5.1(j)(1), the exhibits administrative record will be treated as sealed pending the outcome of Defendant's Motion for Leave to File Exhibits Under Seal.

Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. BAR No. 498610
United States Attorney

_____/s_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney

_____/s_____
LANNY J. ACOSTA, JR.
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 353-9895