**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |
|---|---|
| SUSAN H. MINEHAN | ) |
|  | ) |
| Petitioner, | ) |
|  | ) |
| v. | )    **Civil Action No. 08-0499 (JR)** |
|  | ) |
| UNITED STATES OFFICE | ) |
| OF SPECIAL COUNSEL | ) |
|  | ) |
| Respondent. | ) |

_____)

**ERRATA**

Defendant filed its Notice of Filing of Exhibits Under Seal today, August 14, 2008

(Docket No. 12). A Certificate of Service was inadvertently not attached to the filing. Defendant

advises the Court that a copy of this errata and the notice have been mailed to the plaintiff.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR No. 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney

_____/s/_____
LANNY J. ACOSTA, JR.
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 353-9895

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of August, 2008, I caused a copy of the foregoing to

be served on plaintiff via first class mail postage prepaid, addressed as follows:

SUSAN H. MINEHAN
13733 Town Line Road
Silver Spring, MD 20906-2113


_____/s/_____
LANNY J. ACOSTA, JR.
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780