IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN H. MINEHAN )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>UNITED STATES OFFICE )<br>OF SPECIAL COUNSEL )<br>)<br>Respondent )<br>) | Civil Action No. 08-0499 (JR) |

### MOTION TO PROCEED WITH WRIT OF MANDAMUS

The Plaintiff hereby respectfully requests that the Court grant the Plaintiff's Motion to Proceed with the Writ of Mandamus for the following reason:

The Defendant failed to respond within the time frame allowed by the Court for a Court Ordered response to Show/Cause as to why Plaintiff's Petition for a Writ of Mandamus should not be granted. Even if the Defendant required an enlargement of time to respond, "a response of some kind" should have been made and received by the Court within the Court Ordered time frame. It was not; therefore, the Petitioner hereby requests that the Court treat the Petitioner's Motion as conceded.

### CERTIFICATE OF SERVICE

I, Susan H. Minehan, hereby certify that on this 14th day of August 2008, I sent, via first class mail, the foregoing Motion to Proceed with Writ of Mandamus to the Respondent at the following address:



RECEIVED
AUG 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

LANNY J. ACOSTA, JR.
Special Assistant U.S. Attorney
Civil Division
555 Fourth Street, N. W.
Washington, D. C. 20530

*[signature]*
SUSAN H. MINEHAN, Petitioner, Pro Se
13733 Town Line Road
Silver Spring, Maryland 20906-2113
(H) (301) 871-1337