IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN H. MINEHAN )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>UNITED STATES OFFICE )<br>OF SPECIAL COUNSEL )<br>)<br>Respondent )<br>) | Civil Action No. 08-0499 (JR) |

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND
## TO RESPONDENT'S MOTIONS FOR DISMISSAL
## AND SUMMARY JUDGMENT

Plaintiff requires legal assistance to help her with a response to the Respondent's Motions for Dismissal and Summary Judgment dated August 13, 2008. This is necessary as the Court previously denied Plaintiff's Motion for Court Appointed Counsel on April 1, 2008. She is hoping to obtain a pro bono attorney or a law student. As a result, the Plaintiff is hereby requesting an enlargement of time in which to respond, specifically forty-five (45) days. The Plaintiff remains hopeful that she can secure assistance within that time-frame.

The Plaintiff telephonically spoke with Mr. Lanny Acosta, Respondent's attorney, on or about August 15, 2008. Mr. Acosta had no objection to Plaintiff's request for a 45-day extension of time.

The requested enlargement of time is Plaintiff's first request.

**RECEIVED**

AUG 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

## CERTIFICATE OF SERVICE

I, Susan H. Minehan, hereby certify that on this 21st day of August 2008, I sent, via first class mail, the foregoing <u>Motion for Enlargement of Time to Respond to Respondent's Motions for Dismissal and Summary Judgment</u>, to the Respondent at the following address:

LANNY J. ACOSTA, JR.
Special Assistant U.S. Attorney
Civil Division
555 Fourth Street, N. W.
Washington, D. C. 20530

*[signature]*
SUSAN H. MINEHAN, Petitioner, Pro Se
13733 Town Line Road
Silver Spring, Maryland 20906-2113
(H) (301) 871-1337